## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Dorothy A. Moore–Fotso

                              Plaintiff,

v.                                       Case No.: 1:15–cv–09185
                                              Honorable John J. Tharp Jr.

Lifetime Remodelers, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 1, 2016:

       MINUTE entry before the Honorable John J. Tharp, Jr:The complaint is dismissed without prejudice because the Court lacks jurisdiction. As explained in open court, the allegations of the complaint do not give rise to any discernible federal cause of action under the Americans With Disabilities Act or other federal law, and there is not complete diversity among the parties as required for the Court to exercise jurisdiction under 28 U.S.C. 1332. All pending motions are denied without prejudice and the case is administratively terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.